UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VANCE R. SCOTT, SENIOR | CIVIL ACTION |
| VERSUS | NO: 20-843 |
| STATE OF LOUISIANA | SECTION: "A" (4) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff Vance Scott's 28 U.S.C. § 2241 Petition for the issuance of a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust available state court remedies.

March 4, 2021

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE